**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**KEASHTANI SAPP,**

    Petitioner,

v.                                         Case No. 3:18cv401-RV/CAS

**SECRETARY, DEPARTMENT OF
CORRECTIONS,**

    Respondent.
_____/

# ORDER

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge dated October 9, 2018 (ECF No. 20), that Respondent's motion to dismiss (ECF No. 19) be granted and the petition for writ of habeas corpus (ECF No. 1), filed pursuant to 28 U.S.C. § 2254, be dismissed as untimely. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation and the objections thereto (doc. 22), I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The Report and Recommendation (ECF No. 20) is adopted and incorporated by reference in this order.

2. The Clerk shall enter judgment stating, "Respondent's motion to dismiss (ECF No. 19) is **GRANTED** and the petition for writ of habeas corpus (ECF No. 1) is **DISMISSED as untimely**. Any certificate of appealability is **DENIED** and leave to appeal in forma pauperis is also **DENIED**."

3. The Clerk shall close the file.

**DONE AND ORDERED** on this 14th day of November, 2018.

*s/ Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**